AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20-MJ-578STE | November 23, 2020  9:23am | Case file 246-20-C0004 |

Inventory made in the presence of: SA Tyrone Francis

Inventory of the property taken and name of any person(s) seized:

- A PDF file titled, "Letter 5040103" was provided by Google. PDF file contained a Certificate of Authenticity

- An Excel spreadsheet titled, "5040103.Location.1 was provided. Spreadsheet contained Device ID, Date, Time, Latitude, Longitude, Source, and Maps Display radius.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 6, 2021

_____
Executing officer's signature

Tyrone A. Francis
Printed name and title